# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:02CR31

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **QUENTIN ORLANDO RUTLAND,** ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** comes before the Court upon remand from the Fourth Circuit Court of Appeals for further proceedings consistent with the Court's opinion.[1]

**IT IS, THEREFORE, ORDERED THAT:**

1) The U.S. Marshal shall deliver the above-named Defendant so that his presence may be secured in the United States District Court for the Western District of North Carolina **on or before August 12, 2005**;

2) Defendant shall appear for re-sentencing before the undersigned in the Statesville Division on **Monday, September 12, 2005 at 10:10 a.m.**;

3) The Deputy Clerk shall deliver a copy of this Order to Defendant, Defense Counsel, U. S. Attorney's Office, U. S. Marshal (certified copy), and U. S. Probation.

---

[1] The mandate issued June 27, 2005.

**Signed: July 12, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge