# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| QUENTIN ORLANDO RUTLAND | ) Case No: 5:02CR00031-003 |
| | ) USM No: 17731-058 |
| Date of Previous Judgment: 11/8/2005 (amended) | ) None |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235 (Cts. 1&3)__ months **is reduced to** __188 months (Cts 1&3)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __36__         Amended Offense Level: __34__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __235__ to __293__ months   Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __11/8/2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 4, 2009

Effective Date: September 4, 2009
(if different from order date)

Richard L. Voorhees
United States District Judge